# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

oOo

FILED
2005 SEP -7 A 11: 51
CLERK, US DIST COURT
EASTERN DIST OF CALIF
BY _____
       DEPUTY

UNITED STATES OF AMERICA

v.

MARIA ADELA MEDINA QUINONEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:04-CR-05268 OWW

I, MARIA ADELA MEDINA QUINONEZ, the above named defendant, who is accused of 18 U.S.C. § 4, Misprision of a Felony, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on September 06, 2005, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Maria A. Medina AS Q*

MARIA ADELA MEDINA QUINONEZ
*Defendant*

*Robert Forkner*

Robert Forkner
*Counsel for Defendant*

9-6-05

Before _____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE